UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTORIA B. NECK,

    Plaintiff,

v.                                                            Case No.  8:06-cv-1035-T-24 TGW

DATA PROCESSING SERVICES,
INC., ET AL.,

    Defendants.
_____/

**ORDER**

        This cause comes before the Court on the parties' joint motion for court approval of their settlement agreement and entry of an order of dismissal. (Doc. No. 14). The parties have entered into a settlement agreement disposing of this case. The Court, having reviewed the executed settlement agreement, hereby finds that the agreement represents a reasonable compromise of Plaintiffs claims pursuant to the Fair Labor Standards Act and otherwise satisfies the essential requirements of the law.

        **ACCORDINGLY,** it is **ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice, each party to bear his, her or its own attorneys' fees and costs, except as set forth in the parties' settlement agreement. The Court reserves jurisdiction to enforce the terms of the parties' settlement agreement. The Clerk is directed to close this case.

        **DONE AND ORDERED** at Tampa, Florida, this 21st day of September, 2006.

                                                                               SUSAN C. BUCKLEW
                                                                               United States District Judge

Copies to: Counsel of Record